Gregory J. Grebe
Attorney at Law
1400 West Benson Boulevard, Suite 120
Anchorage, Alaska 99503
Telephone: (907) 277-0077
Telefax: (907) 274-6670
ggrebe@alaska.com

Attorney for Plaintiff
    Hilma Tonuchuk as Personal Representative
    Of the Estate of Victor Tonuchuk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILMA TONUCHUK, as Personal Representative of the Estate of VICTOR TONUCHUK,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:3:11-CV_____ |

## COMPLAINT

COMES NOW the Plaintiff, HILMA TONUCHUK, as Personal Representative of the Estate of VICTOR TONUCHUK, by and through her attorney, Gregory J. Grebe and for her cause of action against defendants, hereby allege as follows:

I.

This cause of action arises under the Federal Tort Claims Act, 28 U.S.C. § 1346, 2401 and 2671 *et.seq.*

## II.

Plaintiff, resides in Kotlik, Alaska.

## III.

Defendant is responsible for the health care delivered by Kotlick Health Clinic in Kotlick, Alaska because Kotlick Health Clinic is part of the U.S. Department of Health and Human Services ("HHS"). Under 25 U.S.C. § 450f, the United State of America is the proper defendant for the allegations in this Complaint.

## IV.

Plaintiff submitted a Form 95 Claim for Damage, Injury or Death with claims office at the U.S. Department of Health and Human Services on or about February 22nd, 2011.

## V.

That the claim was also presented under the Early Offer to Resolve a Federal Tort Claims act on July 26th, 2011 after invitation by the Department of Health and Human Services on June 30th, 2011.

## VI.

The 90-day period for resolving this claim through the early offer program ran on September 28th, 2011. More than six months have elapsed from the initial filing.

Law Office of
Gregory J. Grebe

1400 W. Benson Blvd.,
Ste. 120
Anchorage, Alaska 99503

Telephone: (907) 277-0077
Facsimile: (907) 274-6670

## VII.

Failure to resolve this case by September 28, 2011 constitutes a final denial of the claim pursuant to 28 U.S.C. § 2675.

## VIII.

On or about December 21st, 2009 Victor Tonuchuk (deceased) went to the Kotlick Health Clinic in Kotlick, Alaska with classic symptoms of a heart attack including chest pain, cold sweats, shortness of breath, burn/indigestion, faint/lightheaded, cough, left arm in pain and other related health concerns.

## IX.

Victor Tonuchuk (deceased) went to the Kotlick Health Clinic on December 21st, 2009 and was given Maalox and Tylenol and was released by the Health Aide.

## X.

Victor woke up the next morning, December 22nd, 2009 with the same symptoms as the night before. Kotlick Health Clinic instructed Hilma Tonuchuk to continue to send Victor to Bethel as previously planned the preceding day via commercial flight, leaving that afternoon.

## XI.

The treatment received by Victor Tonuchuk at the Kotlick Health Clinic on December 21st, 2009 did not meet the standard of care in a number of ways, which will be shown at trial, but include the following: failure to diagnosis and treat Victor Tonuchuk's heart condition; failure to conduct any tests; a failure to consult physicians or

Law Office of
Gregory J. Grebe

1400 W. Benson Blvd.,
Ste. 120
Anchorage, Alaska 99503

Telephone: (907) 277-0077
Facsimile: (907) 274-6670

others with more experience; a failure to perform an EKG or any diagnostic tests; the failure to treat Victor Tonuchuk's first visit as an emergency; and failure to give adequate medical advice.

## XII.

On December 22nd, 2009, at 2:15 p.m., Victor Tonuchuk went into cardiac arrest during the commercial flight to Bethel. He was unaccompanied by any family member or medical personnel.

## XIII.

Advanced Cardiac Life Support was initiated by the Bethel Fire Department on arrival to the airport in Bethel. Victor Tonuchuk was transported to the Bethel Hospital Emergency Department where Victor Tonuchuk was pronounced dead at 3:06 p.m..

## XIV.

Specifically, clinic Health Aides or others at the Kotlick Clinic failed to properly diagnose Victor Tonuchuk's condition because of inadequate examination, inadequate or non-existent testing, inadequate diagnosis, inadequate treatment, and negligent advice. As a result, Victor Tonuchuk's condition was not properly monitored, diagnosed or treated until it was too late.

## XV.

Defendant is responsible for the acts described above.

Law Office of
Gregory J. Grebe

1400 W. Benson Blvd.,
Ste. 120
Anchorage, Alaska 99503

Telephone: (907) 277-0077
Facsimile: (907) 274-6670

## XVI.

As a result of the negligence of Defendant, their acts or omissions proximately resulted in serious and unnecessary injury to Victor Tonuchuk including pain and suffering. This cause of action survives Victor Tonuchuk.

## XVII.

Defendant's negligence also caused the wrongful death of Victor Tonuchuk for which Hilma Tonuchuk seeks recovery.

WHEREFORE, plaintiff seeks compensatory damages as stated on the Form 95 previously submitted.

Plaintiff also seeks interest costs and other relief as the court deems appropriate under the circumstances.

Law Office of
Gregory J. Grebe

1400 W. Benson Blvd.,
Ste. 120
Anchorage, Alaska 99503

Telephone: (907) 277-0077
Facsimile: (907) 274-6670

DATED at Anchorage, Alaska this 28th day of Sept, 2011.

LAW OFFICES OF GREGORY J. GREBE
*Attorney for Plaintiff*

_____
1400 West Benson Blvd., Ste 120
Anchorage, AK 99503
Telephone: 907.277.0077
Telefax: 907.274.6670
ggrebe@alaska.com
ABA#7710125

Law Office of
Gregory J. Grebe

1400 W. Benson Blvd.,
Ste. 120
Anchorage, Alaska 99503

Telephone: (907) 277-0077
Facsimile: (907) 274-6670

Hilma Tonuchuk, Personal Representative Victor Tonuchuk v. USA
COMPLAINT
Page 6 of 6

Case 3:11-cv-00192-HRH   Document 1   Filed 09/29/11   Page 6 of 6