KAREN L. LOEFFLER
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Susan.Lindquist@usdoj.gov
CA 171439

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILMA TONUCHUK, as Personal Representative of the ESTATE OF VICTOR TONUCHUK, Deceased,<br><br>                      Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>                      Defendant. | Case No. 3:11-cv-00192 HRH<br><br>**NOTICE OF SETTLEMENT** |

The parties have reached a settlement of the claims in this case. The necessary settlement paperwork is being prepared. The parties will file a notice of dismissal or a further status report on or before September 10, 2012.

RESPECTFULLY SUBMITTED, on July 25, 2012 at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney


s/ Susan J. Lindquist
Assistant U. S. Attorney
Attorney for Defendant


**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2012
the foregoing Notice of Settlement
was delivered electronically to:

Gregory J. Grebe, Esq.

s/Susan J. Lindquist