Gregory J. Grebe
Attorney at Law
1400 West Benson Boulevard, Suite 120
Anchorage, Alaska 99503
Telephone: (907) 277-0077
Telefax: (907) 274-6670
ggrebe@alaska.com

Attorney for Plaintiff
    Hilma Tonuchuk as Personal Representative
    Of the Estate of Victor Tonuchuk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILMA TONUCHUK, as Personal Representative of the Estate of VICTOR TONUCHUK,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.:3:11-cv-00192 HRH |

## STATUS REPORT FILED BY PLAINTIFF

On July 25, 2012, defense counsel in this case filed Document 13. Among other things, that document noted that parties had reached a settlement. That is correct. Document 13 also indicated the parties will file a Notice of Dismissal or a further Status Report on or before September 10, 2012.

Unfortunately, Plaintiff's file did not contain the subsequent Order filed by the Honorable H. Russell Holland on July 26, 2012. The only explanation is that the staff

person employed at the time did not make a copy of the Order and place it in the file.

Plaintiff's counsel apologizes to the Court for not responding by September 10, 2012.

The status is the case has been settled. Paperwork has been exchanged. Plaintiff is awaiting for a check to be issued directly into Plaintiff's attorney's account.

It is understood that one delay occurred because personal representation papers designating Hilma Tonuchuk as Personal Representative of the Estate had to be sent back to Washington D.C. There was also a bank routing number that had to be corrected.

Defense counsel has represented that the check should be forthcoming in the very near future.

DATED at Anchorage, Alaska this 20th day of September, 2012.

LAW OFFICES OF GREGORY J. GREBE
*Attorney for Plaintiff*

_____
1400 West Benson Blvd., Ste 120
Anchorage, AK 99503
Telephone: 907.277.0077
Telefax: 907.274.6670
ggrebe@alaska.com
ABA#7710125

**CERTIFICATE OF SERVICE**
Pursuant to Alaska R. Civ. P.5, I hereby certify that on this 20th day of September 2012, I caused a true and correct copy of the foregoing document to be served by: e-mail to the following person(s):

Susan J. Lindquist
Office of the Attorney General
Civil Division
222 West 7th Avenue, #9 Room 253
Anchorage, Alaska 99513

_____

Hilma Tonuchuk, Personal Representative Victor Tonuchuk v. USA
Status Report
Page 2 of 2