IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
HILMA TONUCHUK, as Personal      )
Representative of the ESTATE OF  )
VICTOR TONUCHUK, Deceased,       )
                                 )
                    Plaintiff,   )
                                 )
    vs.                          )
                                 )
UNITED STATES OF AMERICA,        )
                                 )    No. 3:11-cv-0192-HRH
                    Defendant.   )
_____)
```

O R D E R

Case Dismissed

Having considered the parties' stipulation of dismissal,[1] it is hereby ordered that this case is dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED at Anchorage, Alaska, this 26th day of September, 2012.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 16.